AT LYNCHBURG, VA
FILED for Roanoke
NOV 0 1 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Tay Wileman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MAURILIO PRIETO-RUBI, ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> Respondent. ) | Civil Action No. 7:07cv00412 <br><br> **FINAL ORDER** <br><br><br> By: Hon. Norman K. Moon <br> United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that:

1) Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **GRANTED**;

2) The original Judgement in Prieto-Rubi's Criminal Action No. 3:06cr00017 shall be **VACATED**;

3) The Clerk shall **PREPARE** and **ENTER** a new Judgement in Criminal Action No. 3:06cr00017, the same in every respect as the original Judgment, except as to date of entry;

4) Petitioner is advised that he has ten (10) days from the entry of the new Judgment to file a Notice of Appeal or request the Clerk to file a Notice of Appeal on his behalf; and

5) This action shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

ENTER: This 1st day of November ~~October~~, 2007.

/s/ Norman K. Moon
United States District Judge